Dean M. DeSantis
Vice President
Central Region – Sales
1200 Lakeside Drive
Bannockburn, Il. 60015

Mike Williams
Sales Representative
Central Region – Sales
1200 Lakeside Drive
Bannockburn, Il. 60015

**07 C 6606**

May 8, 2006

**JUDGE NORGLE
MAGISTRATE JUDGE DENLOW**

Mike:

I wanted to take the time to recap the meeting that we had on Friday, May 5.

- The first item we discussed was communications. Timely responses to phone calls and emails from me are expected unless there is prior notification that you will be out of the office on vacation, traveling with clients or in situations where same day responses are not possible. If I am unaware of these situations and there is a request for information that I can only get from you and you are not available, I need to know why.

This was discussed and you agreed to more timely responses.

- We also discussed the "Competitive Advantage" Symposium that Keith Seivers from Kemper had asked us to put together to continually solidify out position inside the account and offer new technologies and solutions to the client. You had stated there were several technologies and internal resources that you were lining up for a July presentation in Jacksonville. Please keep me informed of the potential agenda and resources utilized to make this happen. I would like to attend this symposium. We need to keep this on track in order to make it happen within 60 days.
- In late March, I had sent out a list of banks and financial institutions to each of the four sales reps in order to focus on compliance work. Calls need to be made to each account on your list to determine if they can utilize our services. If not, how are they currently doing it. If they are with a competitor, who is it and what is the contract term. These calls need to be made on a consistent basis and the worksheet needs to be updated to reflect the activity.
- Net New Business. I will be giving you an account list by end of business, May 8 that you will need to focus on for new business opportunities. This will include cold calling, mailers, referrals, joint sales calls with other reps, management, etc... and any other ways you know how to go about generating new business opportunities. For each sales rep in the central region I will need to see at least 5 –

# Exhibit A

> 9 accounts listed in either Interest or Development that could generate $100,000 to $500,000 in core BCS application revenue.

Mike, you have been and are a very successful sales rep for Moore Wallace. You will generate over $9,000,000 in revenue for the company. You can and should be very proud of that. The next step toward greatness is to design, plan and implement a strategy to continually increase revenue year-over-year through a good combination of organic growth and net new business. Let me know what I can do to help you achieve your personal and professional goals.