# Law Offices of David L. Lee

www.davidleelaw.com

Telephone: 312-347-4400
Fax: 312-347-3272
E-mail: d-lee@davidleelaw.com

53 W. Jackson Blvd.
Suite 660
Chicago, Illinois 60604-3453

August 10, 2007

Thomas J. Quinlan, III
President & CEO
RR Donnelley Global Headquarters
111 S. Wacker Dr.
Chicago, IL 60606-4301
*By certified mail #7004-2510-0001-9646-6698*

**07 C 6606**

**JUDGE NORGLE**
**MAGISTRATE JUDGE DENLOW**

re: Michael Williams – claim for unpaid commissions/wages

Dear President Quinlan,

Please permit me to introduce myself. My name is David L. Lee, and I am an employment lawyer whom Michael Williams has retained to recover the commissions and wages due him.

Please be advised that Michael Williams hereby demands payment of $795,000 in wages and commissions R.R. Donnelley owes him. Should this money not be paid within three days of your receipt of this letter, please be advised that Mr. Williams intends to file a lawsuit claiming, among other things, those wages and commissions and a reasonable attorney's fees under the Illinois Attorneys Fees in Wage Actions Act [705 ILCS 225/0.01 et seq.] for having to sue to recover those wages and commissions.

Please also be advised that the Law Offices of David L. Lee claims a lien in any money that Michael Williams may recover for these causes of action in the amount of the fees agreed between him and this office plus all costs and expenses.

Finally, please be advised that Michael Williams has also assigned his right to attorneys' fees to this office; a copy of that assignment is enclosed for your records.

Very truly yours,

*[signature]*

David L. Lee

DLL:me

cc: Michael Williams
    Richard H. Schnadig, Esq.

**Exhibit B**

## Assignment of Claim for Attorneys' Fees

Michael Williams may become indebted to the Law Offices of David L. Lee for attorneys' fees under a contract for legal services dated November 27, 2006.

For valuable consideration, receipt of which is hereby acknowledged, Michael Williams assigns to the Law Offices of David L. Lee all claims for attorneys' fees growing out of any claims that Michael Williams has or may have against R.R. Donnelley for employment discrimination or for retaliation for whistleblowing or for wages or for employee benefits or under any lawsuit or administrative proceeding growing out of those claims.

This Assignment is binding upon Michael Williams and his successors and assigns, and inures to the benefit of the Law Offices of David L. Lee, its successors, and its assigns.

## Agreed:

_____           ___11/30/06___
Michael Williams                           Date

Notice mailed to R.R. Donnelley certified #7004-2510-0001-9646-6698

___August 10, 2007___                      ___David L. Lee___
Date                                        David L. Lee