**07 C 6606**

**JUDGE NORGLE
MAGISTRATE JUDGE DENLOW**



**Exhibit C**