**07 C 6606**

**JUDGE NORGLE**
**MAGISTRATE JUDGE DENLOW**

[Domestic Return Receipt, PS Form 3811, addressed to Thomas J. Quinlan, III, President & CEO, RR Donnelley Global Headquarters, 111 S. Wacker Dr., Chicago, IL 60606-4301; Article Number 7004 2510 0001 9646 6698; signed by A. Andrews, delivered AUG 18 2007; Certified Mail]

**Exhibit D**