AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Michael Williams,

Plaintiff,

v.

R. R. Donnelley & Sons Company, a Delaware corporation,

Defendant.

CASE NUMBER: **07 C 6606**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

R. R. Donnelley & Sons Company, a Delaware corporation
c/o C.T. Corporation System, registered agent
208 S. LaSalle St.
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David L. Lee
Law Offices of David L. Lee
53 W. Jackson Blvd.
Suite 660
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
-----------------------------------
**(By) DEPUTY CLERK**

**November 26, 2007**
-----------------------------------
Date

TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 010

SHERIFF'S NUMBER 081278-001D  CASE NUMBER 07C6606       DEPUTY: **STROM 3696-**

FILED DT 11-26-2007 RECEIVED DT 11-29-2007 DIE DT 12-14-2007 MULTIPLE SERVICE  1
   DEFENDANT                                              ATTORNEY
R.R. DONNELLEY & SONS COMPANY                            DAVID L. LEE/LAW OFFICES OF DA
208 S LA SALLE ST                                        53 W. JACKSON BLVD.
CHICAGO IL. 60604                                        CHICAGO IL. 60604
SUITE 814                                                312 347-4400
PLAINTIFF WILLIAMS, MICHAEL                                                    **FOREIGN**

SERVICE INFORMATION: CF   C/O C.T. CORPORATION SYSTEM, R/A

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
     NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
     AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
     RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
     THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
     _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
     PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
     SAID PARTY REFUSED NAME____
..✓..3 SERVICE ON:   CORPORATION ✓ COMPANY____ BUSINESS____ PARTNERSHIP____
     BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
     REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY **3696-**

  1  SEX ✓ M/F    RACE ___    AGE 60
  2  NAME OF DEFENDANT R.R. DONNELLEY & SONS COMPANY
     WRIT SERVED ON  D. SCHULZ A.P.
     THIS  4  DAY OF  Dec , 2007  TIME  12:00  A.M. / P.M.

ADDITIONAL REMARKS _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____                ATTEMPTED SERVICES

NEIGHBORS NAME _____              DATE        TIME    A.M./P.M.

    ADDRESS _____                _____  ___:___  ___

    REASON NOT SERVED:                    _____  ___:___  ___
               07 EMPLOYER REFUSAL
___ 01 MOVED              ___ 08 RETURNED BY ATTY    _____  ___:___  ___
___ 02 NO CONTACT         ___ 09 DECEASED
___ 03 EMPTY LOT          ___ 10 BLDG DEMOLISHED     _____  ___:___  ___
___ 04 NOT LISTED         ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS      ___ 12 OTHER REASONS       _____  ___:___  ___
___ 06 NO SUCH ADDRESS    ___ 13 OUT OF COUNTY
                                                           _____  ___:___  ___

FEE  .00   MILEAGE  .00   TOTAL  .00                                 SG20