## *In the United States District Court*
## *For the Northern District of Illinois*
## *Eastern Division*

| | |
|---|---|
| Michael Williams,<br><br>     Plaintiff,<br><br>−v−<br><br>R. R. Donnelley & Sons Company, a Delaware corporation,<br><br>     Defendant. | **No. 07 C 6606**<br><br>Judge Norgle<br><br>Magistrate Judge Denlow<br><br><br>**Jury Trial Demanded** |

# Scheduling Order and Report of Parties' Planning Meeting

1.      Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on June 12, 2008, by telephone and e-mail and was attended by:

     David L. Lee for plaintiff

     Angela P. Obloy for defendant.

2.      <u>Pre-Discovery Disclosures</u>.  The parties have exchanged the information required by Federal .Rule of Civil Procedure 26(a)(1).

3.      <u>Discovery Plan</u>.  The parties jointly propose the following discovery plan:

     a.      Discovery will be needed on the following subjects:

- Liability

- Damages.

     b.      All discovery commenced in time to be completed by December 31, 2008.

     c.      The parties will accept service of discovery by e-mailed Adobe Acrobat (.pdf) documents in addition to any other method of service authorized by law.  The date of service by e-mailed Adobe Acrobat document will be the date the e-mail was transmitted.  Counsel will acknowledge receipt of any e-mail service of discovery within 48 hours of receipt.

d.  The number of Interrogatories and the amount of time to answer Interrogatories shall be as provided for by rule, unless the Court orders otherwise on good cause shown or unless the parties stipulate otherwise.

e.  The number of Requests for Admissions and the amount of time to respond to Requests for Admissions shall be as provided for by rule, unless the Court orders otherwise on good cause shown or unless the parties stipulate otherwise.

f.  The number of Requests to inspect documents, premises, etc., and the amount of time to respond thereto shall be as provided for by rule, unless the Court orders otherwise on good cause shown or unless the parties stipulate otherwise.

g.  Maximum of five depositions by plaintiff and five by defendant.

h.  Each deposition limited to maximum of four hours (plus breaks, objections, off-the-record discussions, and cross-examination) other than that of the plaintiff, which is limited to five hours (plus breaks, objections, off-the-record discussions, and cross-examination).

i.  Reports from retained experts (if any) under Rule 26(a)(2) due:

   i.  from plaintiff(s) by September 1, 2008;

   ii.  from defendant(s) by October 1, 2008;

   iii.  from plaintiff (rebuttal experts only) by November 3, 2008.

j.  Supplementation under Rule 26(e) due pursuant to Rule.

4.  <u>Other items</u>:

a.  Before either party subpoenas any non-party, the subpoenaing party shall provide the other party with a courtesy copy of the proposed subpoena to enable the other party to confer with the subpoenaing party concerning any objections to the subpoena.  Should either party declare in writing (including fax or e-mail) that the parties' efforts to informally resolve any such objection have reached impasse, the subpoenaing party, before issuing the subpoena, shall wait a reasonable time to give the other party a opportunity to bring a Motion for Protective Order and/or a Motion to Quash Proposed Subpoena.

b.  All potentially dispositive motions shall be filed by February 13, 2009.

**-2-**

c.        The parties request a pre-trial conference in February 2009.

d.        Settlement is unlikely at this time.

e.        This case should be ready for trial after ruling on any dispositive motions and at this time is expected to take approximately three or four days.

f.        The parties discussed referral to the Magistrate Judge and decline such a referral at this time.

# So Stipulated:

Michael Williams,                                                R. R. Donnelley & Sons Company,
Plaintiff,                                                                                    Defendant,


By:    __/s/David L. Lee____                    By:    __/s/Angela P. Obloy____
David L. Lee                                                      Angela P. Obloy
ARDC #1604422                                            ARDC #06272845
LAW OFFICES OF DAVID L. LEE                    VEDDERPRICE
53 W. Jackson Blvd., Suite 660                    222 N. LaSalle St.
Chicago, IL  60606                                        Chicago, IL 60601
312-347-4400                                                312-609-7541
d-lee@davidleelaw.com                            aobloy@vedderprice.com

# So Ordered:


_____
ENTER



_____
United States District Judge


**-3-**