IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 07 C 6606<br><br>Judge Norgle<br><br>Magistrate Judge Denlow |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant, R.R. Donnelley & Sons Company, by its attorneys, hereby move the Court for Entry of a Protective Order. In support of its Motion, Defendant states as follows:

1. Defendant anticipates that it will be using or producing documents and information in this matter which contain confidential and proprietary information about Defendant and its current and former employees and customers.

2. Defendant is willing to produce this confidential information but wishes to protect its confidentiality by subjecting it to a limited Protective Order.

3. Accordingly, a proposed Protective Order was submitted to the Court via e-mail today, per Judge Norgle's Standing Order. The Protective Order is limited in scope and merely restricts the dissemination and disclosure of confidential information in furtherance of the legitimate privacy interests of Defendant and its current and former employees and customers.

4. Counsel for the parties have attempted to work out an agreed Protective Order and have reached an agreement on the proposed Protective Order, except as to Paragraph 1(b). (Paragraph 1 lists possible categories of confidential information, and 1(b) provides for "information regarding Defendant's customers.") Paragraph 1(b) is relevant because Plaintiff

CHICAGO/#1808416.1 6/24/08

suggests, by his Initial Disclosures, that certain information relating to Defendant's customers may be requested during discovery. Although Plaintiff has not yet propounded any discovery, counsel for Plaintiff has requested that Paragraph 1(b) include a more narrow definition of "customer information." Defendant cannot practically anticipate at this time what type of confidential customer information may be requested by Plaintiff. Moreover, Paragraph 9 of the proposed Protective Order provides a mechanism for Plaintiff to dispute the designation of any document or information that is marked confidential by Defendant. Accordingly, Paragraph 1(b) is as narrow as possible at this time and is sufficient as written.

THEREFORE, Defendant, R.R. Donnelley & Sons Company, respectfully requests that the Court enter the attached Protective Order.

> Respectfully submitted,
>
> R.R. Donnelley & Sons Company
>
>
> By: s/ Angela P. Obloy
>       One of Its Attorneys

Richard H. Schnadig, Bar No. 2495384
Angela P. Obloy, Bar No. 06272845
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: August 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 07 C 6606<br><br>Judge Norgle<br><br>Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Motion for Entry of a Protective Order was served on:

> David L. Lee, Esq.
> Law Offices of David L. Lee
> 53 West Jackson Boulevard
> Suite 660
> Chicago, IL 60604-3607

by ELECTRONIC MEANS on August 19, 2008.

                                                    s/ Angela P. Obloy