IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>  Defendant. | No. 07 C 6606<br><br>Judge: Charles R. Norgle |

### NOTICE OF MOTION

To: David L. Lee, Esq.
Law Offices of David L. Lee
53 West Jackson Boulevard
Suite 660
Chicago, IL 60604-3607

On Friday, August 22, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion For Entry of Protective Order.

R.R. DONNELLEY & SONS COMPANY

By: s/ Angela P. Obloy
  One of Its Attorneys

Richard H. Schnadig, Bar No. 2495384
Angela P. Obloy, Bar No. 06272845
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

Dated: August 19, 2008

CHICAGO/#1828863.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 07 C 6606<br><br>Judge:  Charles R. Norgle |

## CERTIFICATE OF SERVICE

    The undersigned certifies that true and correct copies of the foregoing Motion for Entry of Protective Order were served on:

> David L. Lee, Esq.
> Law Offices of David L. Lee
> 53 West Jackson Boulevard
> Suite 660
> Chicago, IL  60604-3607

by ELECTRONIC MEANS on August 19, 2008.

                                                  s/ Angela P. Obloy