# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL WILLIAMS,

         Plaintiff,

v.

R.R. DONNELLEY & SONS COMPANY, a
Delaware corporation,

         Defendant.

No. 07 C 6606

Judge Norgle

Magistrate Judge Denlow

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Defendant, R.R. Donnelley & Sons Company ("Donnelley"), by its attorneys, propounds the following Interrogatories to be answered by Plaintiff, Michael Williams, under oath pursuant to Rule 33 of the Federal Rules of Civil Procedure.

## DEFINITIONS

For purposes of these Interrogatories, "Donnelley" refers to R.R. Donnelley & Sons Company and any of its predecessors and affiliates, and Moore Wallace and any of its predecessors and affiliates.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each person who assisted you in answering these Interrogatories and related Document Requests and specify to which Interrogatory and its subpart and/or Document Request that person provided assistance or input.

### ANSWER:

## INTERROGATORY NO. 2:

Identify each and every individual who you believe has knowledge of the facts underlying this cause of action, including all individuals with knowledge relating to the allegations contained in your Complaint, and for each such individual, state:

(a) His first and last name, address and telephone number;

(b) Whether he was or is an employee of Donnelley, and if not, his relationship to you;

(c) The specific facts or subject matter of which the individual has knowledge; and

(d) The identity of any documents which relate to the person's information or knowledge, including any written statements.

## ANSWER:

## INTERROGATORY NO. 3:

Identify all persons with whom you have discussed your Complaint allegations and, for each person, please state the following:

(a) Full name, last known home and business addresses and telephone numbers, and relationship to you;

(b) When and where the discussion(s) took place;

(c) The sum and substance of the discussion(s); and

(d) The identity of any documents which relate to the discussion(s), including any written statements.

## ANSWER:

## INTERROGATORY NO. 4:

Have you ever been a party to a lawsuit or judicial proceeding, whether civil, criminal or administrative? If yes, state:

(a) The name of each party;

(b) The caption and case number of the action;

(c)    The nature of the action; and

(d)    The disposition of the action.

**ANSWER:**


**INTERROGATORY NO. 5:**

Have you applied for employment of any kind since September 22, 2006? If so, for each such application please state:

(a)    The full name, business address, and telephone number of the prospective employer and the date of the application;

(b)    The job title or nature of the work applied for;

(c)    Whether you placed any restrictions on the hours or days you were available to work, withdrew your application, failed to complete any portion of the application process, or otherwise indicated that you were no longer interested in the position;

(d)    Whether you received a response and, if so, the date and substance of such response;

(e)    Whether you received an interview and, if so, the name of the person(s) whom conducted the interview;

(f)    Whether you rejected an offer of employment or otherwise discontinued the application process; and

(g)    The identity of all documents relating to or referring to each application for employment or to matters referred to in your answer to this Interrogatory and identify the custodian of each document.

**ANSWER:**


**INTERROGATORY NO. 6:**

Have you been employed since September 22, 2006? If yes, state for each employer:

(a)    The name, address and telephone number of the employer and the dates of your employment;

(b)    Your title or position and the nature of your job duties;

(c)      Your salary or wage rate, and your total earnings for each year, or part thereof, you worked for the employer;

(d)      Whether you placed any restrictions on the hours or days you are or were available to work;

(e)      The reason such employment terminated, if applicable; and

(f)      The identity of all documents relating to or referring to such employment or to matters referred to in your answer to this Interrogatory and identify the custodian of each document.

**ANSWER:**

**INTERROGATORY NO. 7:**

Have you been self-employed at any time since September 22, 2006?  If so, please provide the following information:

(a)      The nature of the self-employment;

(b)      The business name, if any, under which you operated;

(c)      The dates during which you were self-employed;

(d)      The approximate number of hours you devoted each week;

(e)      Your gross revenues and net earnings each year, or part thereof, as a result of such self-employment; and

(f)      The identity of all documents relating to or referring to such self-employment or to matters referred to in your answer to this Interrogatory.

**ANSWER:**

**INTERROGATORY NO. 8:**

Have you been hospitalized or otherwise unable to work at any time since September 22, 2006?  If so, please state for each such period:

(a)      The dates you were hospitalized or otherwise unable to work;

(b)      The reason you were hospitalized or otherwise unable to work;

(c) The full names, business addresses, and telephone numbers of the hospitals and treating physicians, if any; and

(d) The identity of all documents relating to or referring to such period or to matters referred to in your answer to this Interrogatory and identify the custodian of each such document.

**ANSWER:**

**INTERROGATORY NO. 9:**

Were there any periods of time since September 22, 2006 during which you did not seek employment? If so, for each such period provide the following information:

(a) Specify the period of time during which you did not seek employment;

(b) State the reason you did not seek employment during each such period; and

(c) Identify each and every document relating to your failure to seek employment during such period.

**ANSWER:**

**INTERROGATORY NO. 10:**

State the total amount of unemployment insurance benefits you have received since September 22, 2006, and the period(s) for which those benefits were paid.

**ANSWER:**

**INTERROGATORY NO. 11:**

Set forth your calculations as to any damages and any other relief to which you believe you are entitled and for which you seek redress by this lawsuit, describing separately your calculations for each element of damages and other relief.

**ANSWER:**

**INTERROGATORY NO. 12:**

List all health care workers, including but not limited to, physicians, surgeons, physical therapists, chiropractors, psychiatrists, psychologists, or other mental or physical health workers or nurses, who examined and/or treated you from January 1, 1998 until the present and for each person please complete and sign the Authorization for Release of Medical Information, attached hereto, and state the following:

    (a)    The full name, business address and telephone number of each person for whom you received such counseling or other treatment;

    (b)    The reason or reasons why you sought such counseling or other treatment;

    (c)    The date or dates when you visited him or her and whether you have another scheduled appointment; and

    (d)    Describe the diagnosis made and treatment prescribed or rendered, if any, including the name and dosage or any prescribed medications.

**ANSWER:**

**INTERROGATORY NO. 13:**

For each individual whom you expect to call as an expert witness at trial, please state:

    (a)    His or her full name, business address and telephone number, occupation, field of specialization, and qualifications within the field in which he or she is expected to testify;

    (b)    The opinions he or she is expected to express, the basis and reasons therefore, and the information considered by the witness in forming these opinions;

    (c)    The names of all professional organizations or associations in which the expert is or was a member and the dates or his or her membership and offices held, if any, in each organization and association;

    (d)    The qualifications of the witness, including the full titles of all publications and scholarly writings (whether published or not) authored in whole or in part by the expert, including citations;

    (e)    The compensation to be paid for the witnesses work in connection with this matter, including the hourly rate or rates charged, if any; and

    (f)    The full citation, including name, case number and court or other tribunal, for each court action, administrative hearing, or investigation with respect to which

the expert has been deposed, given testimony, or prepared analyses or a report within the past four years.

**ANSWER:**

Respectfully submitted,

R.R. DONNELLEY & SONS COMPANY

By: _____

One of Its Attorneys

Richard H. Schnadig, Bar No. 2495384
Angela P. Obloy, Bar No. 06272845
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: April 18, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL WILLIAMS,

      Plaintiff,

v.

R.R. DONNELLEY & SONS COMPANY, a
Delaware corporation,

      Defendant.

No. 07 C 6606

Judge Norgle

Magistrate Judge Denlow

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's First Set of Interrogatories to Plaintiff was served on:

> David L. Lee, Esq.
> Law Offices of David L. Lee
> 53 West Jackson Boulevard
> Suite 660
> Chicago, IL 60604-3607

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on April 18, 2008.

CHICAGO/#1736134.1