# Exhibit B

Case 1:07-cv-06606   Document 16-3   Filed 09/16/2008   Page 1 of 2

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Patient's Name  <u>Michael Williams</u>                              Birth Date  <u>12/16/60</u>

_____
(patient's address, city, state and zip code)

I, <u>Michael Williams (S.S.# 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)</u>                                              authorize:

_____
(name of releasing facility)                                              (telephone)

_____
(address of releasing facility)

to release to <u>Angela P. Obloy, Esq.</u>
(name of party to receive information)
<u>Vedder Price, P.C. 222 North LaSalle Street, Suite 2600</u>

<u>Chicago, Illinois 60601</u>
(address of party to receive information)
the following information:

<u>X</u>   medical evaluation            <u>X</u>   Progress notes/treatment plan
<u>X</u>   test results                  <u>X</u>   psychiatric evaluation
                                         <u>X</u>   Other <u>all medical records concerning patient</u>
for the following dates of service: <u>January 1, 1998 to present</u>

for the following purpose: <u>Michael Williams v. R.R. Donnelley & Sons Company., Case No. 07 C 6606,  pending in the U.S. District Court for the Northern District of Illinois</u>

I understand that my refusal to consent to the release of the above information will prevent the disclosure of the information. <u>The consequences of my refusal, if any are: counsel for R.R. Donnelley & Sons Company will ask the Court to compel me to sign this release.</u>

I understand that I have the right to inspect and copy the information that I authorized to be disclosed. I further understand that I have the right to revoke this authorization in writing at any time, except to the extent that action has been taken in reliance on this authorization. If I do not revoke this authorization, it will expire one year from the date written below.

I understand that the information disclosed, or some portion thereof, may be protected by the Illinois Mental Health and Development Disabilities Confidentiality Act and/or the federal Health Information Privacy and Administrative Act of 1997 ("HIPAA"). I further understand that, because my employer is not receiving the information in the capacity of a health care provider or health plan covered by HIPAA, the information described above may be redisclosed and may no longer be protected by HIPAA.

_____          _____
Signature                                 Date


_____          _____
Witness Signature                         Date

CHICAGO/#1737503.1