IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>      Defendant. | No. 07 C 6606<br><br>Judge:  Charles R. Norgle |

## NOTICE OF MOTION

To:    David L. Lee, Esq.
        Law Offices of David L. Lee
        53 West Jackson Boulevard
        Suite 660
        Chicago, IL  60604-3607

      On Friday, September 19, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Defendant's Motion to Compel.

                                          R.R. DONNELLEY & SONS COMPANY


                                          By:  s/ Angela P. Obloy
                                                     One of Its Attorneys

Richard H. Schnadig, Bar No. 2495384
Angela P. Obloy, Bar No. 06272845
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: September 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 07 C 6606<br><br>Judge:  Charles R. Norgle |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Defendant's Motion to Compel was served on:

> David L. Lee, Esq.
> Law Offices of David L. Lee
> 53 West Jackson Boulevard
> Suite 660
> Chicago, IL  60604-3607

by ELECTRONIC MEANS on September 16, 2008.

                                                              s/ Angela P. Obloy

CHICAGO/#1847095.1