IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | |
| Plaintiff, | |
| v. | No. 07 C 6606 |
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, | Judge Norgle |
| Defendant. | Magistrate Judge Denlow |

## **AGREED MOTION TO STRIKE DISPOSITIVE MOTION DEADLINE**

The parties, by their attorneys and for their Agreed Motion to Strike Dispositive Motion Deadline, state as follows:

1.    Dispositive motions are due on February 13, 2009.

2.    In light of the upcoming settlement conference scheduled before Jude Denlow on February 2, 2009 at 10:00 a.m., the parties agree that it would be prudent to strike the dispositive motion deadline.  In the event that the settlement conference is unsuccessful, the Court can re-set the dispositive motion deadline at the status hearing on February 27, 2009.

THEREFORE, Defendant, R.R. Donnelley & Sons Company, and Plaintiff, Michael Williams, respectfully request that the Court strike the dispositive motion deadline.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Michael Williams | R.R. Donnelley & Sons Company |
| | |
| By:  s/ David L. Lee | By:  s/ Angela P. Obloy |
| One of His Attorneys | One of Its Attorneys |

David L. Lee, Esq.
Law Offices of David L. Lee
53 West Jackson Boulevard
Suite 660
Chicago, IL 60604-3607
(312) 347-4400

Richard H. Schnadig, Bar No. 2495384
Angela P. Obloy, Bar No. 06272845
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated:  January 26, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL WILLIAMS,

        Plaintiff,

v.

R.R. DONNELLEY & SONS COMPANY, a
Delaware corporation,

        Defendant.

No. 07 C 6606

Judge Norgle

Magistrate Judge Denlow

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Agreed Motion to Strike

Dispositive Motion Deadline was served on:

        David L. Lee, Esq.
        Law Offices of David L. Lee
        53 West Jackson Boulevard
        Suite 660
        Chicago, IL 60604-3607

by ELECTRONIC MEANS on January 26, 2009.

        s/  Angela P. Obloy